## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAXINE HARRINGTON and THOMAS HARRINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-cv-01729** |
| **GULF STREAM COACH, INC. and ATWOOD MOBILE PRODUCTS, L.L.C.** | **SECTION: "C" (2)** |

### ORDER AND REASONS

Before this Court is a Motion to Remand (Rec. Doc. 8) by Plaintiffs Maxine Harrington and Thomas Harrington and a Motion for Summary Judgment (Rec. Doc. 5) by defendant B&I Services, L.L.C. ("B&I").

Plaintiffs move to remand on the grounds that the Court lacks subject matter jurisdiction over the instant action. (Rec. Doc. 8 at 1). Plaintiffs are Louisiana domiciliaries. (Rec. Doc. 1 at 1). Defendants do not contest that B&I., a Louisiana limited liability company, is non-diverse from the plaintiffs. (Rec. Doc. 17 at 3). Under 28 U.S.C. § 1332, the court lacks subject matter jurisdiction over non-diverse parties in the absence of a federal question.

Defendants, however, argue that the plaintiffs have "manipulated" the court's jurisdiction and should be estopped from asserting the Court lacks jurisdiction. (Rec. Doc. 17 at 3). Defendants cite no authority from the assertion that the Court can retain a removed suit despite lacking subject matter jurisdiction. Although Defendants assert jurisdictional manipulation, there is no suggestion that B&I was fraudulently joined.

1

Accordingly,

IT IS ORDERED that this matter is REMANDED to the Civil District Court for the Parish of Orleans, State of Louisiana, for lack of jurisdiction under 28 U.S.C. § 1447(c). The Court does not reach the merits of the Motion for Summary Judgment.

New Orleans, Louisiana, this 16th day of August, 2010.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**